FILED

AUG 29 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

JAMES D. LEWIS; F.B.I.; BARACK ) Case Number: 16-970-SMY
OBAMA; HILLARY CLINTON; TED CRUZ; )              (Clerk's Office will provide)
SECRET SERVICE; et.al., )
_____ )
SUI JURIS; Plaintiff/Petitioner(s); PROXY )   ☐ CIVIL RIGHTS COMPLAINT
            v. )                                  pursuant to 42 U.S.C. §1983 (State Prisoner)
U.S. HOMELAND SECURITY; GOVERNOR )   ☐ CIVIL RIGHTS COMPLAINT
BRUCE RAUNER; GAS STATION(S) of )        pursuant to 28 U.S.C. §1331 (Federal Prisoner)
AMERICA JOHN AND JANE DOE'S; EDWARD )  ☒ CIVIL COMPLAINT
SNOWDEN; et.al., )                        pursuant to the Federal Tort Claims Act,
            Defendant/Respondent(s) )     28 U.S.C. §§1346, 2671-2680, or other law

28 U.S.C. 532 et.seq. "DIRECTOR of F.B.I."; 28 U.S.C.
535 et.seq. "GOVERNMENT OFFICIALS AND EMPLOYEES";
18 V.S.C.A. 242 "DEPRIVATION OF RIGHTS"; FED. RULES
OF CIV. PROC. #14, #44, #53, #57, #60, #64, #65, #71
AND #71 A. et seq; 28 U.S.C. 2284 "THREE-JUDGE COURT"

I.    JURISDICTION

Plaintiff: JAMES D. LEWIS, et.al.,

A.    Plaintiff's mailing address, register number, and present place of
      confinement. 2600 NO. BRINTON AVE. B-52327 DIXON, IL 61021-9524
      OTHER PETITIONER(S) AT WORLD WIDE WEB.COM

Defendant #1:

B.    Defendant   JOHN AND JANE DOE'S                     is employed as
                 (a)    (Name of First Defendant)

      U.S. HOMELAND SECURITY
              (b)    (Position/Title)

      with   WWW. U.S. HOMELAND SECURITY.COM
              (c)    (Employer's Name and Address)

      At the time the claim(s) alleged this complaint arose, was Defendant #1
      employed by the state, local, or federal government?   ☒ Yes   ☐ No

      If your answer is YES, briefly explain:
      THERE JOB AND OTHER(S) ARE TOO SECURE THE SAFETY OF
      U.S.A. AND ETC.

(Rev. 7/2010)                              1

Defendant #2:

C. Defendant **BRUCE RAUNER** is employed as
(Name of Second Defendant)

**GOVERNOR OF STATE OF ILLINOIS**
(Position/Title)

with **1301 CONCORDIA COURT SPRINGFIELD IL 62706**
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If you answer is YES, briefly explain:
HIS JOB AND OTHERS ARE TOO SECURE THE SAFETY OF THE CITIZEN(S) OF ILLINOIS AND ETC.

Additional Defendant(s) (if any):

D. Using the outline set forth above, identify any additional Defendant(s).
DEFENDANT **JOHN AND JANE DOE'S** IS EMPLOYED AS **OWNERS OF U.S.A. GAS STATION(S)** WITH **SEVERAL ADDRESSES**

E. DEFENDANT **EDWARD SNOWDEN** EXILE RUSSIA: IS EMPLOYED AS **RUSSIA SPY AGAINST U.S.A.** WITH **WWW.VN.GOV/RUSSIA**

(Rev. 7/2010)                              2

II. PREVIOUS LAWSUITS

    A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☒ Yes ☐ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

        1. Parties to previous lawsuits:
Plaintiff(s): CHECK LISTED #ID NUMBER(S) #200 70029060; 2008006 6593; 6-52327

        Defendant(s): SEVERAL

        2. Court (if federal court, name of the district; if state court, name of the county): SEVERAL

        3. Docket number: SEVERAL

        4. Name of Judge to whom case was assigned: SEVERAL

        5. Type of case (for example: Was it a habeas corpus or civil rights action?): CIVIL RIGHT ACTION(S) AND ETC.

        6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DIFFERENT RESULTS

        7. Approximate date of filing lawsuit:

        8. Approximate date of disposition:

IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I ABOVE PERSON IS BRING THIS CLAIM TO THE INTERNATIONAL COMMUNITIES, UNITED STATES OF AMERICA AND OTHERS ABOUT A VERY SERIOUS PROBLEMS DEALING WITH SECURITY AND SAFETY CONCERNS. SEVERAL INDIVIDUALS TURNING A BLIND EYE TOWARDS THE SITUATION(S) THE GAS STATION(S) OF AMERICA, BECAUSE THIS IS NOT ANY SECURITY GUARDS IN ALOT OF AMERICA GAS STATION WHICH IS A MATTER THAT NEED TO BE ADDRESS TO U.S. HOMELAND SECURITY AND OTHERS. BECAUSE OUR COUNTY IS ENDANGER, BECAUSE INDIVIDUALS IS NOT PAYING ATTENTION TO WHAT'S GOING ON AROUND US. I HAVE WARNED SEVERAL OFFICIALS WITHIN THE COURT SYSTEMS, PRISON(S) AND ETC. I HAVE ASKED TO TALK TO THE F.B.I. AND BARACK OBAMA AND THEY SAID, "IN THERE OWN WORDS THIS IS NOT OUR PROBLEM(S) AND "FUCK THE F.B.I." (SEE CASE NUMBER LEWIS V. U.S.A. et. al., 16 C 50085 WESTERN DIVISION AND ETC.). REMEMBER IN "WARS IT'S ALWAYS BE THE ENEMIES WITHIN". REMEMBER THE WORLD TRADE CENTERS. AMERICA IS NOT USING THERE COMMON-SENSE. WHEN IT COMES TO SAFETY AND SECURITY OF THE WORLD. OUR SEMI-TRAILERS CAN BE HI-JACK? THIS CAN HURT OUR ECONOMICS, CURRENCY AND ETC. TERRORISTS CAN USE OUR GAS STATIONS; SEMI-TRAILERS TANKS AND ETC. FOR WEAPONS OF MASS DESTRUCTION.

(Rev. 7/2010)                                    5

V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I'M REQUESTING DECLARATORY AND INJUNCTION(S) RELIEF, AND TO TALK TO THE F.B.I.; LAW ENFORCMENTS; AND OTHERS CONCERNING SECURITY AND ETC. BECAUSE I HAVE A FORMAT TO A BETTER U.S.A. AND WORLD.

VI. JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 8/24/2016
(date)

2600 NORTH BRINTON AVE
Street Address

DIXON, IL 61021-9524
City, State, Zip

_____
Signature of Plaintiff

JAMES D. LEWIS
Printed Name

B-52327
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)         6

IN THE
UNITED STATES DISTRICT SOUTHERN DISTRICT OF ILLINOIS

JAMES D. LEWIS; F.B.I.; BARACK OBAMA, et.al.)
Plaintiff/Petitioner; SUI JURIS; PROXY         )
                                               )
        Vs.                                    )       No. _____
                                               )
U.S. HOMELAND SECURITY, et.al.,                )
Defendant/Respondent                           )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT
    U.S. DISTRICT COURT/SOUTHERN DIST.
    OF ILL, 750 MISSOURI AVENUE
    EAST ST. LOUIS, IL 62201

TO: _____

PLEASE TAKE NOTICE that at: _____ AM/PM  8/24 , 2016, I placed the documents listed below in the institutional mail at DIXON Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

FEDERAL TORT CLAIMS ACT AND OTHER LAWS AND STATUTES

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 8/23/2016

/s/ _____
Name: JAMES D. LEWIS
IDOC No. R-52327
DIXON Correctional Ctr.
POB 1200 / 2600 NO. BRINTON AVE.
DIXON , IL
61021-9524

Revised 4/15/16

U.S POSTAGE >> PITNEY BOWES
ZIP 61021 $ 001.36
02 1W
0001386315 AUG 24 20

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE ILLINOIS
DEPT OF CORRECTIONS

JAMES D. LEWIS B-52327
2600 N. Brinton Avenue
Dixon, Illinois 61021

MAIL CLEARED
US MARSHALS

MAIL CLEARED
US MARSHALS

CLERK of THE COURT
U.S. DISTRICT COURT/
SOUTHERN DIST. OF ILLINOIS

750 MISSOURI AVE.
EAST ST. LOUIS, IL
62201