# <u>CERTIFICATION</u>

RE:   **James D. Lewis**
B52327
16-970-SMY

I, ___Sonja Nicklaus, Business Administrator___, hereby certify that
      (Name and Title of Authorized Officer - please print)

James D. Lewis currently has the sum of $ ___– 337.27___ on account at Dixon
Correctional Center.

_____
Signature of Authorized Officer

Dated: ___9-12-16___

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
**Clerk of Court**
**United States District Court**
**Southern District of Illinois**
**P.O. Box 249**
**East St. Louis, IL 62201**

PS-17
Rev. 11/13

**Date:** 9/12/2016
**Time:** 1:22pm

d_list_inmate_trans_statement_composite

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2016 thru 08/29/2016;     Inmate: B52327;     Active Status Only ? : No;     Print Restrictions ? :
Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: B52327 Lewis, James**                                    **Housing Unit: DXP-XA-A -40**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Beginning Balance:** | | 0.00 |
| 02/22/16 | Mail Room | 04 Intake and Transfers In | 0532102 | 105390 | Pontiac C.C. | | .23 | .23 |
| 03/16/16 | Payroll | 20 Payroll Adjustment | 0691102 | | P/R month of 2 2016 | | 5.78 | 6.01 |
| 03/17/16 | Disbursements | 81 Legal Postage | 077391 | Chk #138117 | 81-143671, PB - Post, 02/19/2016 | Inv. Date: | -1.47 | 4.54 |
| 03/17/16 | Disbursements | 81 Legal Postage | 077391 | Chk #138117 | 81-145432, PB - Post, 03/10/2016 | Inv. Date: | -3.06 | 1.48 |
| 03/17/16 | Mail Room | 04 Intake and Transfers In | 077291 | 105780 | Pontiac C.C. | | 3.74 | 5.22 |
| 04/07/16 | Payroll | 20 Payroll Adjustment | 0981102 | | P/R month of 3 2016 | | 10.00 | 15.22 |
| 04/11/16 | Mail Room | 15 JPAY | 102200 | 57579464 | Scott, Sheree | | 40.00 | 55.22 |
| 04/12/16 | Disbursements | 84 Library | 103391 | Chk #138762 | 84144476, DOC: 523 F, | Inv. Date: | -15.00 | 40.22 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81144349, PB - Posta, 02/26/2016 | Inv. Date: | -5.36 | 34.86 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81-126230, PB - Posta, 03/22/2016 | Inv. Date: | -9.75 | 25.11 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81-126231, PB - Posta, 03/22/2016 | Inv. Date: | -7.75 | 17.36 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81126760, PB - Posta, 03/25/2016 | Inv. Date: | -4.82 | 12.54 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81126866, PB - Posta, 03/30/2016 | Inv. Date: | -2.08 | 10.46 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81127032, PB - Posta, 03/31/2016 | Inv. Date: | -.98 | 9.48 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81127153, PB - Posta, 04/01/2016 | Inv. Date: | -.98 | 8.50 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81127157, PB - Posta, 04/01/2016 | Inv. Date: | -1.42 | 7.08 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81127158, PB - Posta, 04/01/2016 | Inv. Date: | -1.42 | 5.66 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81127432, PB - Posta, 04/06/2016 | Inv. Date: | -.49 | 5.17 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138764 | 81127433, PB - Posta, 04/06/2016 | Inv. Date: | -.98 | 4.19 |
| 04/12/16 | Disbursements | 81 Legal Postage | 103391 | Chk #138765 | 81135574, DOC: 523 F, 03/14/2016 | Inv. Date: | -2.62 | 1.57 |
| 05/06/16 | Payroll | 20 Payroll Adjustment | 1271102 | | P/R month of 4 2016 | | 10.00 | 11.57 |
| 05/09/16 | Disbursements | 84 Library | 130391 | Chk #139398 | 84127074, DOC: 523 F, 03/31/2016 | Inv. Date: | -8.40 | 3.17 |
| 05/09/16 | Disbursements | 84 Library | 130391 | Chk #139398 | 84128210, DOC: 523 F, 04/14/2016 | Inv. Date: | -1.10 | 2.07 |
| 05/09/16 | Disbursements | 84 Library | 130391 | Chk #139398 | 84139060, DOC: 523 F, 04/25/2016 | Inv. Date: | -.20 | 1.87 |
| 05/09/16 | Disbursements | 81 Legal Postage | 130391 | Chk #139400 | 81127443, PB - Posta, 04/06/2016 | Inv. Date: | -1.64 | .23 |
| 06/07/16 | Payroll | 20 Payroll Adjustment | 1591102 | | P/R month of 5 2016 | | 10.00 | 10.23 |
| 06/08/16 | Disbursements | 84 Library | 160391 | Chk #140122 | 84127332, DOC: 523 F, 04/04/2016 | Inv. Date: | -3.80 | 6.43 |
| 06/08/16 | Disbursements | 84 Library | 160391 | Chk #140122 | 84128212, DOC: 523 F, 04/14/2016 | Inv. Date: | -1.80 | 4.63 |
| 06/08/16 | Disbursements | 81 Legal Postage | 160391 | Chk #140124 | 81127444, PB - Posta, 04/06/2016 | Inv. Date: | -1.86 | 2.77 |
| 06/08/16 | Disbursements | 81 Legal Postage | 160391 | Chk #140124 | 81128470, PB - Posta, 04/15/2016 | Inv. Date: | -1.36 | 1.41 |
| 06/08/16 | Disbursements | 81 Legal Postage | 160391 | Chk #140124 | 81-128820, PB - Post, 04/20/2016 | Inv. Date: | -.89 | .52 |



**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2016 thru 08/29/2016;  Inmate: B52327;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

### Inmate: B52327 Lewis, James    Housing Unit: DXP-XA-A -40

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|---|--------|---------|
| 06/08/16 | Disbursements | 81 Legal Postage | 160391 | Chk #140124 | 81-139009, PB - Post, 04/22/2016 | Inv. Date: | -.47 | .05 |
| 07/05/16 | Payroll | 20 Payroll Adjustment | 1871102 | | P/R month of 6 2016 | | 10.00 | 10.05 |
| 07/07/16 | Disbursements | 84 Library | 189391 | Chk #140959 | 84127680, DOC: 523 F, 04/08/2016 | Inv. Date: | -9.40 | .65 |
| 07/07/16 | Disbursements | 84 Library | 189391 | Chk #140959 | 84142270, DOC: 523 F, 06/01/2016 | Inv. Date: | -.10 | .55 |
| 07/07/16 | Disbursements | 81 Legal Postage | 189391 | Chk #140961 | 81140303, PB - Posta, 05/06/2016 | Inv. Date: | -.47 | .08 |
| 08/05/16 | Payroll | 20 Payroll Adjustment | 2181102 | | P/R month of 7 2016 | | 10.00 | 10.08 |
| 08/08/16 | Disbursements | 84 Library | 221391 | Chk #141596 | 84128616, DOC: 523 F, 04/18/2016 | Inv. Date: | -1.80 | 8.28 |
| 08/08/16 | Disbursements | 81 Legal Postage | 221391 | Chk #141599 | 81-128272, PB - Post, 04/14/2016 | Inv. Date: | -3.77 | 4.51 |
| 08/08/16 | Disbursements | 81 Legal Postage | 221391 | Chk #141599 | 81-128273, PB - Post, 04/14/2016 | Inv. Date: | -3.98 | .53 |
| 08/08/16 | Disbursements | 81 Legal Postage | 221391 | Chk #141599 | 81-141511, PB - Post, 05/20/2016 | Inv. Date: | -.47 | .06 |

| | |
|---|---|
| **Total Inmate Funds:** | .01 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 337.28 |
| **Funds Available:** | -337.27 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

### RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 03/14/2016 | 84135575 | Disb | OAEVS from PON | 2 DOC: 523 Fund Library | $38.50 |
| 03/21/2016 | 84126209 | Disb | OAEVS Legal Copies 3-17-16 | 2 DOC: 523 Fund Library | $76.20 |
| 04/27/2016 | 81-139407 | Disb | Legal Postage - 4/27/16 | 19197 PB - Postage By Phone | $1.78 |
| 05/02/2016 | 84139710 | Disb | OAEVS Legal Copies-4-26-16 | 2 DOC: 523 Fund Library | $5.50 |
| 05/06/2016 | 81140305 | Disb | Legal Postage-5/6/16 | 19197 PB - Postage By Phone | $2.41 |
| 05/10/2016 | 84140535 | Disb | OAEVS Legal Copies-5-5-16 | 2 DOC: 523 Fund Library | $4.90 |
| 05/11/2016 | 81-140656 | Disb | Legal Postage - 5/11/16 | 19197 PB - Postage By Phone | $0.68 |
| 05/11/2016 | 81-140664 | Disb | Legal Postage - 5/11/16 | 19197 PB - Postage By Phone | $4.82 |
| 05/16/2016 | 84141072 | Disb | OAEVS Legal Copies-5-11-16 | 2 DOC: 523 Fund Library | $10.10 |
| 05/18/2016 | 81141245 | Disb | Legal Postage-5-18-16 | 19197 PB - Postage By Phone | $0.68 |
| 05/18/2016 | 81141247 | Disb | Legal Postage-5-18-16 | 19197 PB - Postage By Phone | $5.76 |
| 05/19/2016 | 84141411 | Disb | OAEVS Legal Copies 5-17-16 | 2 DOC: 523 Fund Library | $5.80 |
| 05/19/2016 | 84141412 | Disb | OAEVS Legal Copies 5-17-16 | 2 DOC: 523 Fund Library | $8.10 |
| 05/25/2016 | 81-141787 | Disb | Legal Postage - 5/25/16 | 19197 PB - Postage By Phone | $0.47 |
| 05/25/2016 | 81-141795 | Disb | Legal Postage - 5/25/16 | 19197 PB - Postage By Phone | $2.83 |

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2016 thru 08/29/2016;    Inmate: B52327;    Active Status Only ? : No;    Print Restrictions ? :
Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

### Inmate: B52327 Lewis, James                    Housing Unit: DXP-XA-A -40

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/26/2016 | 84141894 | Disb | OAEVS Legal Copies-5-24-16 | 2 DOC: 523 Fund Library | $5.90 |
| 06/01/2016 | 81-142190 | Disb | Legal Postage - 6/1/16 | 19197 PB - Postage By Phone | $2.98 |
| 06/01/2016 | 84142269 | Disb | OAEVS Legal Copies-5-31-16 | 2 DOC: 523 Fund Library | $1.70 |
| 06/08/2016 | 81-142675 | Disb | Legal Postage - 6/8/16 | 19197 PB - Postage By Phone | $0.47 |
| 06/10/2016 | 81142832 | Disb | Legal Postage-6-10-16 | 19197 PB - Postage By Phone | $3.98 |
| 06/10/2016 | 84142919 | Disb | OAEVS Legal Copies-6-7-16 | 2 DOC: 523 Fund Library | $4.60 |
| 06/15/2016 | 84143310 | Disb | OAEVS Legal Copies 6-10-16 | 2 DOC: 523 Fund Library | $3.00 |
| 06/17/2016 | 81-143572 | Disb | Legal Postage - 6/17/16 | 19197 PB - Postage By Phone | $3.56 |
| 06/20/2016 | 84143769 | Disb | OAEVS Legal Copies-6-16-16 | 2 DOC: 523 Fund Library | $2.00 |
| 06/22/2016 | 81144028 | Disb | Legal Postage 6-22-16 | 19197 PB - Postage By Phone | $6.28 |
| 06/22/2016 | 81144029 | Disb | Legal Postage 6-22-16 | 19197 PB - Postage By Phone | $1.15 |
| 06/24/2016 | 84144094 | Disb | OAEVS Legal Copies 6-21-16 | 2 DOC: 523 Fund Library | $6.00 |
| 06/24/2016 | 84144096 | Disb | OAEVS Legal Copies 6-21-16 | 2 DOC: 523 Fund Library | $0.50 |
| 06/29/2016 | 81-144622 | Disb | Legal Postage - 6/29/16 | 19197 PB - Postage By Phone | $1.62 |
| 06/29/2016 | 81-144628 | Disb | Legal Postage - 6/29/16 | 19197 PB - Postage By Phone | $2.72 |
| 07/01/2016 | 84144712 | Disb | OAEVS Copies-Legal-6/28/16 | 2 DOC: 523 Fund Library | $6.00 |
| 07/06/2016 | 81-144912 | Disb | Legal Postage - 7/6/16 | 19197 PB - Postage By Phone | $0.47 |
| 07/08/2016 | 84145182 | Disb | OAEVS Copies-Legal-7/5/16 | 2 DOC: 523 Fund Library | $16.50 |
| 07/19/2016 | 81145899 | Disb | Legal Postage-7-19-16 | 19197 PB - Postage By Phone | $0.47 |
| 08/03/2016 | 81-146909 | Disb | Legal Postage - 8/3/16 | 19197 PB - Postage By Phone | $19.65 |
| 08/04/2016 | 81-146956 | Disb | Legal Postage - 8/4/16 | 19197 PB - Postage By Phone | $0.21 |
| 08/05/2016 | 84147124 | Disb | OAEVS Legal Copies-8-2-16 | 2 DOC: 523 Fund Library | $24.00 |
| 08/12/2016 | 81-147651 | Disb | Legal Postage - 8/12/16 | 19197 PB - Postage By Phone | $3.56 |
| 08/12/2016 | 81-147655 | Disb | Legal Postage - 8/12/16 | 19197 PB - Postage By Phone | $2.20 |
| 08/16/2016 | 84147921 | Disb | OAEVS Legal Copies-8-11-16 | 2 DOC: 523 Fund Library | $8.30 |
| 08/22/2016 | 81-148255 | Disb | Legal Postage - 8/22/16 | 19197 PB - Postage By Phone | $6.45 |
| 08/22/2016 | 81-148258 | Disb | Legal Postage - 8/22/16 | 19197 PB - Postage By Phone | $0.47 |
| 08/24/2016 | 81-148546 | Disb | Legal Postage - 8/24/16 | 19197 PB - Postage By Phone | $1.41 |
| 08/24/2016 | 81-148549 | Disb | Legal Postage - 8/24/16 | 19197 PB - Postage By Phone | $6.28 |
| 08/26/2016 | 84148713 | Disb | OAEVS Legal Copies-8-24-16 | 2 DOC: 523 Fund Library | $4.30 |
| 09/01/2016 | 84149124 | Disb | OAEVS Legal Copies-8-30-16 | 2 DOC: 523 Fund Library | $2.90 |
| 09/09/2016 | 81149719 | Disb | Legal Postage 9/9/2016 | 19197 PB - Postage By Phone | $7.64 |
| 09/09/2016 | 81149722 | Disb | Legal Postage 9/9/2016 | 19197 PB - Postage By Phone | $0.68 |
| 09/12/2016 | 84149928 | Disb | OAEVS Legal Copies-9-8-16 | 2 DOC: 523 Fund Library | $10.80 |
|  |  |  |  | **Total Restrictions:** | **$337.28** |

**Other Orders/Judgments**
3:16-cv-00970-SMY Lewis et al v.
Secret Service et al

CJRA_T,JSY,MAH,PLU NOTES

### U.S. District Court

### Southern District of Illinois

**Notice of Electronic Filing**

The following transaction was entered on 9/7/2016 at 1:38 PM CDT and filed on 9/7/2016
**Case Name:**       Lewis et al v. Secret Service et al
**Case Number:**     3:16-cv-00970-SMY
**Filer:**
**Document Number:** 4

**Docket Text:**
**ORDER: Plaintiff has filed a Motion for Leave to Proceed In Forma Pauperis ("IFP") in this case (see Doc. [2]), but has failed to provide the necessary prisoner trust fund account information as required by the PLRA to determine whether the inmate is entitled to proceed without prepaying fees and costs. Pursuant to 28 U.S.C. Section 1915(b)(1), the Court must review the prisoner trust fund account statement for the 6 month period immediately preceding the filing of this action. IT IS THEREFORE ORDERED that Plaintiff shall provide the Clerk of Court with the attached certification completed by the Trust Fund Officer at the facility and a copy of his/her trust fund account statement (or institutional equivalent) for the period so 2/1/2016 to 8/29/2016 no later than 45 days from the date of this order. Failure to do so will result in dismissal of this action for failure to comply with an Order of this Court. Fed. R. Civ. P. 41(b). See generally Ladien v. Astrachan, 128 F.3d 1051 (7th Cir. 1997); Johnson v. Kamminga, 34 F.3d 466 (7th Cir. 1994). The Clerk is DIRECTED to mail a copy of this Order and the certification form to the Trust Fund Officer at Dixon Correctional Center. (Action due by 10/24/2016). Signed by Judge Staci M. Yandle on 9/7/2016. (tjk)**

**3:16-cv-00970-SMY Notice has been electronically mailed to:**

**3:16-cv-00970-SMY Notice has been delivered by other means to:**

F.B.I.


Barack Obama


Hillary Clinton

James D Lewis
B52327
DIXON CORRECTIONAL CENTER
2600 North Brinton Ave
Dixon, IL 61021

Ted Cruz

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047403380 [Date=9/7/2016] [FileNumber=3444552-0]
[852625d72197534c239e75569d876972dcb9208da39d7f05970dcb73749119a14477
16be85fe6ea89bcd147fe284385426218a41b0d856c490dfc2336c4b299b]]

RECEIVED

SEP 1 6 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE





**Illinois**
Department of
**Corrections**

DIXON CORRECTIONAL CENTER
2600 NORTH BRINTON AVENUE
DIXON, ILLINOIS 61021
T.F.

IL 601
14 SEP '16
PM 10 L

U.S. POSTAGE »PITNEY BOWES

ZIP 61021  $ 000.67⁵
02 1W
0001386315 SEP 14 2016

RECEIVED
US MARSHALS

**Clerk, U. S. District Court**
**For The Southern District Of Illinois**
**P. O. Box 249**
**East St. Louis, IL   62202**

62202-024949